UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.: 2:99-CR-140
JUDGE EDMUND A. SARGUS, JR.

MOHAMED T. BANDJAN

### ORDER

This matter is before the Court on the government's Motion to Dismiss Supervised Release Revocation Proceedings, which is hereby **GRANTED**. (ECF No. 26.) The hearing scheduled for April 3, 2014 is **VACATED**.

**IT IS SO ORDERED.**

\_\_\_4-3-2014\_\_\_
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE